No. 42,471

THE CITY OF WICHITA, KANSAS, a Municipal Corporation, *Appellant,* v. FREDERICK H. BUMM, *Appellee,* MARYLAND CASUALTY COMPANY, a Corporation, Injunction Bond Surety, *Appellant.*

(388 P. 2d 614)

Opinion filed January 25, 1964.

*Fred W. Aley, John Dekker, Robert A. Thiessen, William P. Thompson,* and *Robt. B. Morton,* all of Wichita, and *J. Rodney Stone,* of Newton, were on the briefs for the appellants.

*Kenneth G. Speir, Vernon A. Stroberg* and *Herbert H. Sizemore,* all of Newton, were on the briefs for the appellee.

*Per Curiam:* This appeal is from a judgment assessing damages on a temporary injunction bond.

The same issues of fact and legal questions were before this court in *City of Wichita v. Krauss,* 190 Kan. 635, 378 P. 2d 75. The opinion and decision in that case controls the decision in the present case.

The judgment of the district court is reversed.